UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO ALL CASES | : : : : : : : : : : : MDL 2326 |

### NOTICE OF SERVICE OF SPECIALLY APPEARING DEFENDANT PROXY BIOMEDICAL, LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR THE PRODUTION OF DOCUMENTS

I hereby certify that on January 11, 2013, a true and correct copy of specially appearing defendant Proxy Biomedical Ltd.'s Objections and Responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for the Production of Documents were served via electronic and U.S. Mail on the counsel identified in the attached service list.

Respectfully submitted,

/s/ Ashley A. Weaver
Paul J. Cosgrove
Jennifer Hageman
Hannah W. M. Schrock
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 698-5034
Facsimile: (513) 698-5035
pcosgrove@ulmer.com
jhageman@ulmer.com
hschrock@ulmer.com

– and –

Ashley A. Weaver
ULMER & BERNE LLP
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 583-7348
Facsimile: (216) 583-7349
aweaver@ulmer.com

***Attorneys for Specially Appearing Defendant Proxy Biomedical, Ltd.***

## SERVICE LIST

| | |
|---|---|
| Josh B. Wages | W. Michael Moreland |
| Blasingame, Burch, Garrard & Ashley, P.C. | CLARK LOVE & HUTSON |
| 440 College Avenue | Suite 1600 |
| P.O. Box 832 | 440 Louisiana Street |
| Athens, GA 30603 | Houston, TX 77002 |
| jbw@bbgbalaw.com | mmoreland@triallawfirm.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
(via U.S. Mail)

*Attorney for Defendant Boston Scientific Corporation*

945052v1

2