IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2326

------------------------------------------------

**ORDER**
**(Motion to Withdraw and Strike Plaintiff's Previous Motion to Administer Settlements)**

Pending are (1) an Agreed Motion to Administer Settlements resolving Cases and Claims of Andrus Wagstaff, P.C. Plaintiffs, filed November 30, 2015 [ECF No. 1253]; and (2) a Motion to Withdraw and Strike Plaintiff's Previous Motion to Administer Settlements, filed December 10, 2015 [ECF No. 1262].

It is **ORDERED** that the Motion to Withdraw and Strike Plaintiff's Previous Motion to Administer Settlement [ECF No. 1262] is **GRANTED**. The Clerk is directed to strike and remove from the docket, Exhibit A to ECF No. 1262. It is further **ORDERED** that the Agreed Motion to Administer Settlements resolving Cases and Claims of Andrus Wagstaff, P.C. Plaintiffs [ECF No. 1253] is **DENIED** as moot.

ENTER: December 11, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE