**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  BOSTON SCIENTIFIC CORPORATION
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

**MDL 2326**

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.

Dated May 19, 2017

Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/ Michael A. London
Michael A. London
DOUGLAS & LONDON
59 Maiden Lane, 6th Floor
New York, New York 10038
Tel:  212.566.7500
Fax:  212.566.7501
Email: mlondon@douglaslondon.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I electronically filed the foregoing with the Clerk

using the CM/ECF system which will send notification of such filing to the CM/ECF participants

registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP.**

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-22449 | RIDGE, Brenda v. Boston Scientific Corporation |