UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                  MDL NO. 2326

**UNOPPOSED MOTION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND SUB-ACCOUNT**

Sanders Phillips Grossman, LLC ("*SPG*"), as counsel for certain Plaintiffs in this MDL 2326, hereby moves this Court for an Order to aid in the efficient processing and administration of a confidential settlement agreement (the "MSA") between SPG and Boston Scientific Corporation and its related and affiliated entities ("BSC") as defined in the MSA, (collectively, the "Parties") to resolve the claims of those certain Plaintiffs against BSC relating to pelvic mesh products[1]:

Currently pending before this Court in MDL 2187 is a motion for approval to create the SPG TVM Settlement Fund ("QSF"). The Order, once approved, will create the use of a single qualified settlement fund for other SPG pelvic mesh settlements, with separate Sub-Accounts to be created for each settlement with a different defendant. At this time, SPG seeks from this Court an Order 1) approving the creation of the SPG TVM Settlement Fund BSC Sub-Account (the "BSC Sub-Account") within the QSF. BSC has no objection.

For the foregoing reasons, the Parties respectfully request this Court to approve the establishment of the BSC Sub-Account as part of the QSF, and enter an Order in the form submitted with this Unopposed Motion.

Respectfully submitted,

*s/Randi Kassan*
Randi Kassan
Marc Grossman

---

[1] The Settlement Agreement is not being filed with this Court because it contains confidential terms. Disclosing such confidential information would be inconsistent with this Court's stated goals to achieve a resolution of claims in this MDL through confidential negotiation and settlement.

Douglas Sanders
Sanders Phillips Grossman, LLC
B7 Calle Tabonuco, Suite 801
Santander Tower
Guaynabo, Puerto Rico 00968
Phone: 516-741-5600
Fax 516-741-0128
Email: rkassan@thesandersfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that August 31, 2017, a copy of the foregoing **UNOPPOSED MOTION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND SUB-ACCOUNT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/Randi Kassan*
Randi Kassan
Marc Grossman
Douglas Sanders
Sanders Phillips Grossman, LLC
B7 Calle Tabonuco, Suite 801
Santander Tower
Guaynabo, Puerto Rico 00968
Phone: 516-741-5600
Fax 516-741-0128
Email: rkassan@thesandersfirm.com