# Exhibit 5

1   IN THE UNITED STATES DISTRICT COURT

2 FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

3    CHARLESTON DIVISION

4

5 * * * * * * * * * * * * * * * * * * * * * * * * * * *

6 IN RE:  BOSTON SCIENTIFIC CORP.,

7 PELVIC REPAIR SYSTEMS PRODUCTS

8 LIABILITY LITIGATION    MDL NO. 2366

9

10 This Document Relates to All

11 Cases

12 * * * * * * * * * * * * * * * * * * * * * * * * * * *

13

14   DEPOSITION OF STEPHEN H. SPIEGELBERG, PH.D.

15

16    Wednesday, January 14th, 2015

17      9:30 a.m.

18

19  Held At:

20     Murphy & Riley, PC

      101 Summer Street

21     Boston, Massachusetts

22

23

24 REPORTED BY:

25 Maureen O'Connor Pollard, RMR, CLR, CSR

1      Q.    Can you tell me?

2      A.    The black specks that I observed in

3   the meshes were not black specks per se, as in

4   terms of inclusions, rather were just

5   reflections that are often inherent in circular

6   surfaces.

7      Q.    And did you perform independent

8   testing to verify that?

9      A.    Yes, I did.

10     Q.    And could you describe that to me?

11     A.    You take the mesh and place it in an

12   optical microscope, and then rotate the mesh

13   under the optical microscope and see if the

14   black specks move or disappear, which they did.

15     Q.    Did you produce any photographs or

16   methods relating to the method and the

17   conclusions that you just described?

18     A.    No.

19     Q.    So I read the report and I didn't

20   see -- I didn't see any reference to you doing

21   that testing.  Is that in there?

22     A.    No, it's not in there.

23     Q.    Was the examination that you did, was

24   that performed after your report was submitted?

25     A.    No, it was not.

1    Q.    So you did the examination.  So at

2  some point you learned that Plaintiffs' experts

3  had mentioned that they saw black specks under

4  microscopic examination, is that right?

5    A.    That's correct.

6    Q.    And then after you heard about the

7  black specks, you took it upon yourself to try

8  to perform the same thing that Plaintiffs'

9  experts did?

10   A.    I don't know if it's the same thing

11  that they did, but I did a microscopic

12  examination of the meshes.

13   Q.    Did you review the photographs -- and

14  this is Dr. Dunn, is that right?

15   A.    I believe so.

16   Q.    Did you unravel the mesh at all and

17  then look at it under the microscope?

18   A.    Yes, I did.

19   Q.    And for this examination that you did

20  on black specks?

21   A.    Yes.

22   Q.    So you took the -- you undid the knit,

23  and you actually saw little strands of

24  polypropylene that had come undone?

25   A.    Yes, I did.

1      Q.    And you examined them under a

2    microscope, and you saw no black specks?

3      A.    I saw the black specks come and go

4    depending on the orientation I held them in the

5    microscope.

6      Q.    And did you take it upon yourself to

7    cut open the monofilament and actually confirm

8    that there were no black specks in there?

9      A.    Can you explain a little bit more what

10   you mean?

11     Q.    Sure.

12           So under a microscope, if you've

13   unravelled the mesh and you see the monofilament

14   there, so this is a monofilament mesh and I

15   assume you were looking at -- I'm sorry, can you

16   tell me what kind of mesh you were looking at?

17     A.    It was monofilament.

18     Q.    It was a monofilament.

19           Was it the Advantage, or the Polyform?

20     A.    This would have been the Polyform.

21     Q.    And this was Polyform that had been

22   supplied to you by the Defendant?

23     A.    Yes.

24     Q.    And so you grabbed a sample the size

25   of a stamp?

1      A.      Approximately.  A little bit smaller.

2      Q.      Smaller than a stamp.

3              And you did your examination of the

4    size of the stamp first and then you unravelled,

5    or how did it go?

6      A.      Exactly that way.

7      Q.      Okay.  And in both cases, the black

8    specks came and went with the light, is that

9    right?

10     A.      That's correct, with the orientation.

11     Q.      With the orientation of the mesh?

12     A.      That's correct.

13     Q.      Okay.  Now, when I talk about cutting

14   the mesh, what I'm referring to is you see a

15   black speck, you cut through the monofilament

16   where the black speck shows up, and do you then

17   look at it head-on and confirm that there is no

18   black speck in the middle of the monofilament?

19   Was that done?

20     A.      No, it was not.

21     Q.      What's the significance of -- is there

22   any significance at all to the idea that

23   Dr. Dunn saw black specks in these meshes?

24     A.      I believe Dr. Dunn was seeing the same

25   thing I saw, that it's due to reflection of

1    black objects in the room rather than actual

2    inherent black specks due to processing.

3        Q.    Do you know this mesh, this Polyform

4    mesh that you have, do you know what the lot

5    number was on it?

6        A.    It would have been the same lot number

7    as reflected in my reports, the case-specific

8    testing.

9        Q.    Okay.  So the case-specific testing

10   that you did for this wave 1 and wave 2, that

11   you were supplied Polyform mesh for that, is

12   that right?

13       A.    I was previously supplied Polyform

14   mesh, yes.

15       Q.    Okay.  And did that Polyform mesh come

16   from an Uphold, or was it just Polyform mesh?

17       A.    It was just Polyform mesh.

18       Q.    So you were supplied that in 2013?

19       A.    I don't recall if it was 2013 or 2014,

20   but...

21       Q.    So previously.  So for your previous

22   report, you don't know if for your previous

23   report you were supplied Polyform, or were you

24   given it recently, or --

25       A.    It was a while ago.

1    Q.   Okay.  So in your report, in the
2  case-specific section of your report, there's
3  going to be a reference to the lot number of
4  Polyform that you examined?
5    A.   That's correct.
6    Q.   And no photographs were taken, right?
7    A.   That's correct.
8    Q.   Do you have the mesh that you cut into
9  a square still?
10   A.   I've got the same overall piece of
11 mesh, I do, yes.
12   Q.   So you have the same overall piece of
13 mesh, but you don't -- do you have the
14 unravelled bits of mesh that you had?
15   A.   No, I do not.
16   Q.   Did you take into account any, say --
17 let's call it the incidence or the reflective
18 angle that polypropylene might have on your
19 light?
20   A.   Yes, I did.
21   Q.   So I may have just used the wrong
22 terminology completely.  But you know how when
23 you look into a pond and you think a fish is in
24 front of you, but it's actually at a different
25 angle than it is because of the way light

1  reflects through water?

2      A.    Refracts.

3      Q.    Refracts through water.  Did I use the

4  word -- I used it correctly, I think, the first

5  time.  The second time I said reflects.

6          So did you take that into account when

7  you did your examination of the black specks?

8      A.    Yes, I did.

9      Q.    And how did you do that?

10     A.    Again, by orienting the sample and

11 rotating it.  That's exactly what's happening,

12 you're changing the angle of reflection.  I can

13 also demonstrate that I could reproduce the

14 presence of the black speck by taking a piece of

15 monofilament polypropylene not related to

16 Polyform that shows no black specks, and by

17 putting a slight indent on the surface of it I

18 could create a black speck or flatten it, which

19 was changing the curvature of the fiber.

20     Q.    Are you aware, did you perform this

21 examination with, say, an AMS product?

22     A.    No, I did not.

23     Q.    So just the Polyform mesh that you

24 have?

25     A.    That's correct.

1    BY MR. BOWMAN:

2        Q.    Okay.  Did you have a chance to review

3    the photographs, the microscopic photographs

4    taken by Dr. Dunn in this case?

5        A.    I did see some of them, yes.

6        Q.    And is it your testimony that none of

7    those photographs had black specks along, you

8    know, non-curved portions of the mesh?

9        A.    I don't recall seeing from his.  I

10   know from my own examination.

11       Q.    So your own examination is that you

12   saw the black specks in the curvature of the

13   mesh and not in the straightaways?

14       A.    That's correct.

15       Q.    Okay.  Do you teach any classes

16   related to polypropylene mesh, Doctor?

17       A.    No, I do not.

18       Q.    Do you teach any classes related to

19   polypropylene?

20       A.    I've given lectures on polyolefins and

21   polypropylene as part of that discussion.

22       Q.    Ever discuss polypropylene mesh?

23       A.    I don't recall doing it, no.

24       Q.    I'm looking at your time and expense

25   detail, and it goes back to December 5th.  Is

1    BY MR. BOWMAN:

2        Q.    And then rinsing it with more -- after

3    it was decanted and rinsed with more hexane,

4    same purpose?

5        A.    Just removing any residual, yes.

6        Q.    Do you know, does hexane react with

7    polypropylene?

8        A.    It does not.

9        Q.    Do you know, does hexane react with

10   any of the enzymes associated with tissue

11   ingrowth or collagen formation on implantable

12   medical devices?

13       A.    I don't know.

14       Q.    Can you tell me what you do know about

15   collagen formation on implantable medical

16   devices?

17             MR. PRATT:   Object to the form.

18       A.    Not very much, no.

19   BY MR. BOWMAN:

20       Q.    Do you know if there is, in human

21   collagen, if there is a ratio of carbon to

22   oxygen that is present in human collagen?

23       A.    Well, the chemistry of it is well

24   described, and there would be a specific ratio.

25       Q.    As a chemical engineer, is this

1  something you've looked at in the past?

2     A.   We have in the past.  I don't remember

3  it currently, but we worked in the area of

4  collagen in the past.

5     Q.   Are you also aware that there is a

6  specific ratio of carbon to nitrogen in human

7  collagen?

8     A.   Yes.

9     Q.   And are you -- this is a math

10  question.  Are you also aware that there is a

11  ratio of nitrogen to oxygen in human collagen?

12     A.   Yes.

13     Q.   Did you use this knowledge in forming

14  your opinions in this case?

15     A.   No, I did not.

16     Q.   Was there any literature that you

17  looked to in forming your opinions in this case?

18         MR. PRATT:  Object to the form.

19  BY MR. BOWMAN:

20     Q.   In regard to the ratios of carbon

21  nitrogen to oxygen that are present in human

22  collagen?

23         MR. PRATT:  Object to the form.

24     A.   No, I did not.

25  BY MR. BOWMAN:

1      A.    No.

2      Q.    Did you know if any of these women had

3   mesh removed for erosions?

4      A.    No.

5      Q.    You knew nothing about the specific

6   medical conditions of any of these women?

7      A.    That's correct.

8      Q.    Except for the fact that at some point

9   in time they had mesh implanted, is that right?

10      A.    Implanted and explanted.

11      Q.    Implanted and explanted.  Okay.

12            How does the hexane soak work to

13   remove fatty acids?

14      A.    Acids tend to be soluble in hexane.

15   So what you're making use of is basically the

16   partition coefficient of the extraction process,

17   that the fatty acids would prefer to be in

18   hexane over being in the polypropylene.

19      Q.    So it's a diffusion reaction, is that

20   right?

21      A.    Yes.

22      Q.    So wouldn't there be a point where we

23   just got to equilibrium and there would be as

24   much fatty acid in the solution as there was in

25   the mesh?

1     A.    We -- because I used an abundance of

2     hexane, so in other words a lot more hexane than

3     they could possibly -- flip that around.

4           The concentration of fatty acid in the

5     hexane solution should never get to the point

6     that it would match what's in the polypropylene.

7     Q.    And what's the purpose of -- and,

8     frankly, do you have any literature that says

9     that polypropylene is going to be --

10    polypropylene mesh is going to be absorbing

11    fatty acids?

12    A.    Clavé speaks to that a bit in his

13    paper, but it's well-known that implantable

14    polyolefins in general will absorb fatty acids

15    and things like squalene and cholesterol.

16    There's been publications on that.

17    Q.    And those would be sort of bloodborne

18    absorptions to the mesh?  How would they come in

19    contact with the mesh?  That's my question.

20    A.    The fact that the mesh is in contact

21    with fat, muscle, just basic biological tissue,

22    those will all contain components of fatty

23    acids, amides, proteins, etcetera.

24    Q.    And when you refer to Clavé, you're

25    referring to one of his three hypothesis on -- I

1  don't even know, one of the three things that he
2  described in his paper?
3     A.   Yes.  He identifies absorbed fatty
4  acids or absorbed biological materials in his
5  FTIR.
6     Q.   He identified absorbed biological
7  materials in his FTIR?
8     A.   Yes.
9     Q.   And how did he do that?
10    A.   He described that the hydroxyl group
11 formation and the carbonyl formation was due to
12 biological material.
13    Q.   Okay.  I'm not ready to talk about
14 that, because we didn't actually talk about
15 the -- we did talk about the methods that you
16 use regarding XPS and EDS, and the difference
17 between the two of them.  But as far -- and we
18 discussed the microscopy, and we described the
19 FTIR as being standard.
20         FTIR, is that a bulk measurement, or
21 is that a surface measurement?
22    A.   It can be either.
23    Q.   Okay.  In the case of what you
24 performed -- the FTIR that you performed on
25 these -- per this protocol, what was it, a bulk,

1   zoom into high magnification for features.

2       Q.   So when I'm talking about -- I'm

3   talking about a specific area.  And you've

4   already testified that there are other SEM

5   images.  Did you take an SEM image of every

6   square of the sample, or did you just choose

7   separate areas to take SEM images?

8       A.   Our process is to first do a survey

9   scan, just move around the sample just to get an

10  idea of what the topology or morphology looks

11  like on the sample, and then to capture

12  representative images of those areas.

13      Q.   Okay.  And same question regarding

14  protocol, but this time for EDS.  How were the

15  EDS sites chosen?

16      A.   In this case, we were looking for

17  areas that had visual cracking on the surfaces

18  to identify what was the nature of the cracking

19  or what was the elemental composition.

20      Q.   And do you know how far down into each

21  sample you went with the EDS?

22      A.   Well, the EDS is a surface analysis.

23  And the -- so based on the accelerated voltage

24  that we're using, it will be the first few

25  microns.

1      Q.    Could that differ between report, or

2    is that something that you would just have been

3    -- it would have been standardized throughout

4    all reports?

5      A.    Standardized.

6      Q.    Okay.  And so just so I'm clear, the

7    SEMs -- we have broad sweeps of SEMs that were

8    taken of each sample, is that correct?

9      A.    Not necessarily images collected, just

10   viewed.

11     Q.    Okay.  So images weren't collected,

12   they were viewed?

13     A.    They are viewed, that's correct.  And

14   then we collect representative images, which are

15   reflected in this report, or these reports.

16     Q.    Okay.  So for each report, every SEM

17   image that you took would have been produced in

18   that report?

19     A.    Yes, I believe so.

20     Q.    And for each report, the EDS that you

21   took, you looked for areas that had surface

22   cracking, and then you took an EDS reading?

23     A.    In general that was the protocol, yes.

24     Q.    Why did you choose that protocol?

25     A.    I wanted to identify or ascertain what

1    was the nature -- what was cracking off the

2    surface, was it polypropylene, was it the

3    adhered biological material.

4         Q.    Why not perform EDS on an area that

5    seemed relatively clean?

6         A.    I believe I did that in some of the

7    cases as well.

8         Q.    Did you do that in all the cases where

9    you had EDS?

10        A.    No, I did not.

11        Q.    Are there EDS readings that haven't

12   been produced for each Plaintiff, do you know?

13        A.    I don't believe so, no.

14        Q.    So this is a protocol that you

15   created?

16        A.    It's one that we use when we're

17   looking at explanted samples.  It was developed

18   over time in my laboratory.

19        Q.    When you say "we," you're referring

20   to -- what are you referring to?

21        A.    Cambridge Polymer Group.

22        Q.    And even though you'd given me the

23   reference, the de Tayrac reference, the

24   ultrasonic bath, that's something that you had

25   in place prior to de Tayrac published?

1    A.    Not the combination of DMSO and

2  ultrasonically, but individually we've used both

3  of those to clean explants.

4    Q.    So the EDS, those samples weren't

5  randomized, correct?

6         MR. PRATT:  Object to the form.

7    A.    I'm not sure I understand.

8  BY MR. BOWMAN:

9    Q.    So for each Plaintiff-specific opinion

10 that you've given on EDS, you actually chose the

11 spot where the EDS reading would be taken, is

12 that right?

13   A.    Yes, that's correct.

14   Q.    And in some instances, you have two

15 spectra for Plaintiffs, is that right, per

16 Plaintiff?  Is that right?

17   A.    I believe that's right.

18   Q.    In some instances there's only one

19 spectra collected?

20   A.    That's correct.

21   Q.    And to the best of your ability, you

22 removed as much -- if there were any fatty acids

23 absorbed, you removed them with the hexane, is

24 that right?

25   A.    Well, to the best of my ability to

1  something else.  Is it your understanding that

2  it's not calcium stearate that's in there?

3      A.    It's DHT.

4            You're talking about the acid

5  scavenger.

6      Q.    The acid scavenger, I'm not.  I'm

7  talking about a surfactant?  It's something

8  for --

9            MR. PRATT:  Which point are you

10  talking about now?

11            MR. BOWMAN:  It's in the latest

12  report.  We don't need to talk about it, I just

13  wanted to -- what I wanted to do was -- let me

14  just -- can I strike the last question?  Thank

15  you.

16  BY MR. BOWMAN:

17      Q.    So there are three acid scavengers, is

18  your understanding, and none of them would have

19  been pulled out by the hexane?

20      A.    There is one hexane scavenger, as I

21  understand.

22      Q.    I meant that.

23            There's one acid scavenger and there

24  are two antioxidants?

25      A.    That's correct.

1    Q.    Those are the three that you don't

2   think would be pulled out by the hexane, is that

3   right?

4    A.    I'm not certain, actually.  That's not

5   something I looked into in this case.

6    Q.    And what about the -- what about those

7   products specifically, do they react with

8   potassium hydroxide?

9    A.    Not that I know of.

10    Q.    Do you know the molecular composition

11   of all three of those additives?

12         MR. PRATT:  Object to the form.

13    A.    I do.

14   BY MR. BOWMAN:

15    Q.    And in response to my question

16   regarding hexane, in response to my question

17   regarding potassium hydroxide, have you done the

18   chemistry involved and said you don't

19   understand -- that's not your understanding that

20   those two products will react with these

21   additives?

22    A.    There should be no reaction with them.

23    Q.    Okay.  Now, is that because they're

24   not on the surface of the mesh, or is that

25   because they are non-reactive?

1   carbonyls in either of the controls, is that

2   right?

3      A.    That's correct.

4      Q.    You're not registering any fatty acids

5   in either of the controls, is that right?

6      A.    That's correct.

7      Q.    Are you seeing any of the antioxidants

8   in either of the controls?

9      A.    We probably wouldn't pick up the

10   antioxidants because they're at such low

11   concentration.

12      Q.    Even with this crystal method that you

13   employed?

14      A.    Yes.

15      Q.    So can you tell me what is at the peak

16   between 2750 and 2700?

17      A.    Sorry, say those numbers again?

18      Q.    2750 and 2700.

19      A.    That's either a methylene group or a

20   methyl group.

21      Q.    And as far as I can tell, that peak is

22   the exact same in both controls. Do you see

23   that?

24      A.    Yeah. There's a little bit difference

25   in height, but the height is a relative thing.

1    spoke about a baseline with reference to the two

2    pristine samples, correct?

3        A.    Yes, we did.

4        Q.    Now we're talking about a separate

5    baseline that would be used to compare the two

6    pristine samples.  Please explain.

7        A.    No.  Each sample, each spectra has a

8    baseline, has its own unique baseline, what is

9    effectively zero absorbance.  And that baseline

10   can move up at lower wave numbers, as we see in

11   this particular sample.  So if we were -- if I

12   were to have baseline corrected this spectra,

13   there would be no departure around 1750 as you

14   were observing.  It would be flat there.

15       Q.    Okay.  But for the purposes of this

16   report, your conclusion is that no oxidation

17   peak was observed in this area, correct?

18       A.    That's correct.

19       Q.    But you're also saying that if a

20   baseline had been created, that I would see

21   nothing there?

22       A.    It would be -- the baseline correction

23   wouldn't have changed my opinion.  It's just it

24   would be -- for someone who doesn't look at FTIR

25   on a daily basis, it would be absolutely clear

1    to you.

2        Q.    Okay.  And you also reference minor

3    peaks between 17 and 1500.

4              Do you see that?

5        A.    Yes, I do.

6        Q.    And you say that these are associated

7    with Amide I and Amide II?

8        A.    Yes.

9        Q.    Which are found in proteins, correct?

10       A.    Yes, that's correct.

11       Q.    Did you do any analysis to -- specific

12   to this case that would have confirmed that?

13       A.    Not specific to this case, no.

14       Q.    So when we talked about Amide I and

15   Amide II, we're talking about

16   nitrogen-containing proteins, essentially?

17       A.    Well, nitrogen-containing compounds,

18   proteins would be one.

19       Q.    But in this area between 1700 and

20   1500, are there other things that could show up

21   on FTIR in this area?

22       A.    There are other things, but those --

23   the peaks, particularly with something that's

24   been explanted, that's where amides will always

25   come out.

1          MR. PRATT:  Object to the form.

2     A.    No.

3  BY MR. BOWMAN:

4     Q.    The potassium hydroxide is only going

5  to attack the amide groups, is that right?

6          MR. PRATT:  Object to the form.

7     A.    I don't know if it's even reacting

8  with the amide groups.  It dissolving the

9  polypropylene -- I'm sorry.  It's dissolving the

10 biological material that's there which, you

11 know, may not be effectively cleaving in bonds

12 within the proteins, but just causing it to

13 dissociate.

14 BY MR. BOWMAN:

15    Q.    Dissociate with what?

16    A.    From each other.

17    Q.    Okay.  And you already testified that

18 there's no way there could possibly be any bonds

19 between an amide group, any kind of amide group

20 and the polypropylene that is the Boston

21 Scientific polypropylene, correct?

22         MR. PRATT:  Object to the form.

23    A.    No.  I said that there's no rational

24 chemical reaction between polypropylene and any

25 protein that might be present in the material.

1    BY MR. BOWMAN:

2         Q.    Okay.  And that includes the

3    antioxidants?

4         A.    That's correct.

5         Q.    So the antioxidants are not going to

6    react with any collagen, with any protein, with

7    anything that comes into contact with this mesh

8    over the lifetime of its implantation?

9         A.    Well, if any of those have a free

10   radical, the antioxidant may donate proton to

11   those free radicals.

12        Q.    So the antioxidant is going to donate

13   a proton whenever it can, correct?

14        A.    Well, if it's in sufficient proximity

15   to one.

16        Q.    But you're also testifying that there

17   are no free radicals in this potassium hydroxide

18   solution, correct?

19        A.    That's correct, yes.

20        Q.    And no free radicals are created

21   between the reaction of the potassium hydroxide

22   and the protein that's being dissolved, is that

23   right?

24        A.    Say that question again, please?

25        Q.    No free radicals are being created in

1   the reaction between the potassium hydroxide and

2   the amide groups that are being dissolved?

3      A.   Not that I know of.

4      Q.   Did you specifically investigate that?

5      A.   No.  That wasn't important to me in

6   this case.

7      Q.   Well, if they did create free

8   radicals, wouldn't that be important to you in

9   this case?

10      A.   No, it would not.

11      Q.   Why not?

12      A.   Because you're removing tissue on the

13   outside, you're not allowing those species to go

14   back into the polypropylene.  We're just looking

15   at adherent tissue on the outside of the

16   polypropylene.

17      Q.   But you -- it's a soak.  You soaked it

18   for a week in the solution, right?

19      A.   Yes.

20      Q.   So if free radicals were created, they

21   could react with the surface of the

22   polypropylene?

23      A.   It's unlikely for that to happen.

24      Q.   They could react with the antioxidants

25   in the polypropylene?

1    A.    Again, doubtful.  You're talking about

2    things that are only proximal to the surface,

3    and you have to have intimate molecular contact

4    for that to occur.

5    Q.    More intimate that being in a vial for

6    a week with sodium -- with potassium hydroxide?

7    A.    Yes.  We're talking on the molecular

8    level, not just sitting next to each other in a

9    vial.

10   Q.    So your testimony regarding this FTIR

11   spectra is that even though you did investigate

12   the possible reaction creation of free radicals

13   with the amide groups and the potassium

14   hydroxide, that shift still would not have

15   occurred with this carbonyl?

16   A.    That's correct, which is why this

17   cleaning technique is recommended in an ASTM

18   561, because we're looking for explanted plastic

19   devices.

20   Q.    Polypropylene is probably the most

21   reactive plastic out there, isn't it?

22         MR. PRATT:  Object to the form.

23   A.    No.

24   BY MR. BOWMAN:

25   Q.    Is there something that's more

1      Q.    Either by tweezers, or by who knows?

2      A.    Correct.

3            MR. PRATT:  Object to form.

4   BY MR. BOWMAN:

5      Q.    Now, when you -- could you have done

6   that?

7      A.    As I said, I handled these carefully.

8   I used a plastic tweezers, which shouldn't

9   affect the polypropylene.  I tried to be careful

10  with them.  It's possible that there were spots

11  that I did have contact, but I was always

12  contacting the end of the samples, so I don't

13  believe that I affected that.

14     Q.    So the conclusions that you've drawn

15  in all of these cases where you say it is

16  qualitatively compliant, the qualitative

17  compliance is based on your handling with

18  tweezers in open air?

19     A.    That's correct.

20     Q.    And you would then compare that with

21  the pristine washed mesh?

22     A.    That's correct.  Or the never-washed

23  mesh as well.

24     Q.    I keep saying the same thing -- I

25  think we're saying the same thing.

1    that are associated with just the surface of

2    these monofilaments, right?

3        A.    Sure.

4        Q.    And if only 10 percent of the

5    surface -- let's say 1 percent of the surface of

6    the area that was examined under FTIR, had

7    hydroxyl groups, would that show up on the FTIR?

8        A.    You can typically pick up around, with

9    all these techniques, around .5 to 1 weight

10   percent of a particular molecular group.

11       Q.    Okay.  And so that would be -- well,

12   in any event, it's easier to target a specific

13   area with XPS or EDS than it is for FTIR,

14   correct?

15           MR. PRATT:  Object to the form.

16       A.    If you want to look at a specific

17   area, you can target all the techniques with

18   that, you can get more specificity with EDS than

19   you can with XPS.

20   BY MR. BOWMAN:

21       Q.    Here's a question I didn't ask.

22           On your FTIR, how did you target that?

23   How did you target your FTIR readings?

24       A.    It was really just wherever I could

25   get a signal from the FTIR, so I moved the

1    crystal down in contact with the filament and --

2    to see if I got a signal or not.

3        Q.    So that's the exact opposite of what

4    you did for EDS, right?

5            MR. PRATT:  Object to the form.

6        A.    EDS allows me to identify where

7    there's cracking and then do the EDS in that

8    location.

9    BY MR. BOWMAN:

10       Q.    So if you thought there was biologic

11   material in a certain portion of a monofilament,

12   you didn't take that into account when you put

13   the FTIR on?

14       A.    You can't see it under the FTIR,

15   rather like visually, the magnification is much

16   too small to see that.

17       Q.    But with your naked eye, you do

18   conclude in these reports that it looked the

19   same as the never-cleaned mesh -- right,

20   never-implanted mesh?

21       A.    I'm sorry?

22       Q.    The cleaned, never-implanted mesh,

23   that before you did the FTIR, to your naked eye

24   they looked the same?

25       A.    Visually, yes.

1    hydroxyl group is not indication of oxidation.

2    BY MR. BOWMAN:

3        Q.    Okay.  Well, that brings me back to

4    the question.

5             So the fact that there is a nitrogen

6    in the spectrum 32, that doesn't tell us that

7    oxygen, or an OH is not bound to the surface of

8    the polypropylene mesh, correct?

9        A.    It could either be an OH bound to the

10   surface of the polypropylene, which is the

11   mechanism by which the secondary antioxidant

12   stabilizes the polypropylene, or it could be

13   through the presence of fatty acids.

14       Q.    Or it could be oxidized polypropylene,

15   couldn't it?

16            MR. PRATT:  Object to the form.

17       A.    You'd need to see carbonyls for that

18   to be the case.

19   BY MR. BOWMAN:

20       Q.    Well, again, you didn't do an FTIR on

21   the sample where you did the EDS, right?

22            MR. PRATT:  Object to the form.

23       A.    No.

24   BY MR. BOWMAN:

25       Q.    Right.  Okay.

1    group?

2        A.    There was trace amounts of amide

3    groups present, but they're definitely greatly

4    reduced compared to the first cleaning step.

5        Q.    And you discuss and you say, "Based on

6    the totality of my testing, the mesh was not

7    oxidized," is that right?

8        A.    That's correct.

9        Q.    And again, you have some very -- the

10   mesh -- there's a rather large piece of mesh,

11   and you've performed two spot checks for

12   nitrogen-based compounds by EDS, and that is

13   enough data for you to conclude that the entire

14   mesh was not oxidized?

15       A.    That, coupled with the FTIR as well,

16   which was done in two different locations, yes.

17       Q.    And again, the EDS does not tell you

18   whether or not there was carbon bound to the

19   surface of the mesh, does it?

20       A.    I don't understand your question.

21       Q.    Certainly.  I mean, if we look at the

22   ratios of carbon oxygen here, this is by far --

23   the ratio here is .4 by weight of nitrogen, and

24   then we have almost -- we have 4.9 percent by

25   weight oxygen.  And if we're talking about amide

1    groups, there has to be more nitrogen than that

2    associated with the oxygen, correct?

3        A.    Again, with two caveats on that.

4    Quantitative EDS on these type of samples isn't

5    a very good idea.

6              And the second caveat is because we

7    have this aluminum present, that some of the

8    oxygen is going to be associated with the

9    aluminum.

10       Q.    Okay.  Taking into account those two

11   caveats, we don't know if there are carbonyls

12   present in the sample where you performed the

13   EDS on the surface of the mesh?

14       A.    There's nothing to suggest that there

15   would be carbonyls here based on the FTIR and my

16   experience with looking at these explants.

17       Q.    Have you ruled it out?

18       A.    Yes.

19       Q.    Based on your experience, but not

20   based on the data collected?

21             MR. PRATT:  Object to the form.

22       A.    Based on the data collected as well.

23   BY MR. BOWMAN:

24       Q.    Even though the EDS is not the same

25   spot where the FTIR was collected?

1    A.    That's correct.

2    Q.    And even though the EDS represents

3 only a minute amount of the entire surface area

4 of the mesh?

5         MR. PRATT:  Object to the form.

6    A.    It's replicative of what's happening

7 in the other parts of the material.  There's no

8 reason why one spot would oxidize differently

9 than another spot if it's going to oxidize.

10 BY MR. BOWMAN:

11    Q.    Actually, there is a big reason why,

12 and it's -- you've done work and I've seen your

13 publications, and it's the fact that this

14 material becomes induced, it's the surface

15 induction of the polypropylene.  You get the

16 surface induction, huge reaction takes place,

17 and then the induction begins all over again

18 with the presence of oxygen bond to the surface,

19 doesn't it, Doctor?

20         MR. PRATT:  Wait.  What's the

21 question?  You gave a speech, and I'm trying to

22 figure out what the question is.

23         MR. BOWMAN:  The question was;

24 doesn't -- the doctor's answer was -- is there a

25 way to read back the question?