IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2326

THIS DOCUMENT RELATES TO THE CASE(S) LISTED
ON THE EXHIBIT ATTACHED HERETO:

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs. The settlements in the cases listed on Exhibit A relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 12th day of April, 2018, by:

/s/ Wesley Chadwick Cook
Wesley Chadwick Cook
Chad.Cook@BeasleyAllen.com
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103-4160
334.269.2343
Fax: 334.954.7555

*Attorneys for Plaintiffs listed on Exhibit A*

/s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599

*Counsel for C.R. Bard, Inc.*

8576034 v1

## EXHIBIT A – BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-12287 | Faison, Kimberly and Trace Glenn Snowden |

8576034 v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ Richard B. North, Jr.*
Richard B. North, Jr.
Attorney for C.R. Bard, Inc.

8576034 v1