# EXHIBIT A

4848-4051-0124 v1

**Exhibit A – Jimmy Mays, PhD – BSC**

| Case Name | MDL Case # |
|---|---|
| ALLI, Sherifa and Imran Alli vs. Boston Scientific Corporation | 14-cv-20190 |
| BARNHILL, Carolyn vs. Boston Scientific Corporation | 14-cv-20190 |
| CAVAZOS, Alicia and Victor Cavazos vs. Boston Scientific Corporation | 14-cv-09721 |
| CLINE, Kortney R. and Jody Cline vs. Boston Scientific Corporation | 14-cv-17998 |
| DERBY, Mindy vs. Boston Scientific Corporation | 15-cv-11935 |
| FORBES, Laurie vs. Boston Scientific Corporation | 12-cv-00792 |
| HEATHSCOTT, Dorothy Ann and Roger Dale Heathscott vs. Boston Scientific Corporation | 13-cv-08667 |
| MATHIS, Shirley vs. Boston Scientific Corporation | 13-cv-07411 |
| ROSE, Alicia and Larry Dunning vs. Boston Scientific Corporation | 14-cv-19248 |
| Reeves, Lori vs. Boston Scientific Corporation | 13-cv-21888 |
| SARVER, Karen K. and Doug Sarver, Wife and Husband vs. Boston Scientific Corporation, a Delaware Corporation; and John Doe Corporations 1-50 | 12-cv-01596 |
| WILICHOWSKI, Kimberly and Kent Wilichowski vs. Boston Scientific Corporation | 14-cv-30310 |

4848-4051-0124 v1