# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:   BOSTON SCIENTIFIC CORP.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION        MDL NO. 2326

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

On July 6, 2020, I entered an order directing plaintiffs in each case on Exhibit A[1] to show cause on or before July 20, 2020, why her case should not be dismissed without prejudice as to the remaining unserved defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause as to why the unserved defendants, C.R. Bard, Inc., Sofradim Production SAS, Tissue Science Laboratories Limited, Johnson & Johnson and/or Ethicon, Inc., should not be dismissed. The court **ORDERS** that each plaintiffs' case listed on Exhibit A must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 21, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Since the entry of the original Show Cause Order, some plaintiffs have dismissed their cases and, as a result, have been removed from the original Exhibit A.

# EXHIBIT A

| Civil Action | Case Name |
| --- | --- |
| 2:13-cv-07292 | Seals v. Sofradim Production SAS et al. |
| 2:13-cv-08246 | Pendell v. Sofradim Production SAS et al. |
| 2:13-cv-15461 | Thomas v. Sofradim Production SAS, et al. |
| 2:16-cv-08210 | Fernandez v. Johnson & Johnson, et al. |