## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:     BOSTON SCIENTIFIC CORP.,
              PELVIC REPAIR SYSTEM
              PRODUCTS LIABILITY LITIGATION                    MDL NO. 2326

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

### MEMORANDUM OPINION AND ORDER

On August 13, 2020, I entered an order directing plaintiffs on Exhibit A to show cause in their individual cases on or before September 14, 2020, why their individual cases should not be dismissed as to the remaining defendants, including C.R. Bard, Inc., Tissue Science Laboratories, Limited, Sofradim Production SAS, Boston Scientific Corporation, Analytic Biosurgical Solutions, Mentor Corporation, Mentor Worldwide, LLC, Caldera Medical, Inc., Tyco Healthcare Group LP, United States Surgical Corporation, Covidien, Inc., and/or John Does 1-20, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. The Order was sent to the plaintiffs on Exhibit A at their last known address and posted on the court's website.

Plaintiffs have failed to respond to the Show Cause Order. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), the court finds that the plaintiffs on Exhibit A have failed to prosecute their cases. The court **ORDERS** that the above defendants, where named and as identified in the cases on Exhibit A, are dismissed without prejudice. There are no remaining defendants in these cases on Exhibit A and therefor,

the court further **ORDERS** that the cases on Exhibit A are **DISMISSED** and **STRICKEN** from the court's active docket. All pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her last known address.

ENTER: September 22, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number | Remaining Defendants |
|---|---|---|
| Maynard v. C. R. Bard, Inc. *et al.* | 2:12-cv-05620 | C.R. Bard, Inc., Tissue Science Laboratories, Limited, Sofradim Production SAS, Boston Scientific Corporation, Analytic Biosurgical Solutions, Mentor Corporation, Mentor Worldwide, LLC, Caldera Medical, Inc., Tyco Healthcare Group LP, United States Surgical Corporation, Covidien, Inc. |
| Millard v. Boston Scientific Corp. | 2:14-cv-28194 | Boston Scientific Corp. |
| Williams v. Boston Scientific Corp. | 2:13-cv-4402 | Boston Scientific Corp. |
| Varney v. Boston Scientific Corp. | 2:14-cv-20518 | Boston Scientific Corp. |