IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL NO. 2326

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendants in each case on Exhibit A, C.R. Bard, Inc., Tissue Science Laboratories, Limited, Sofradim Production SAS, Boston Scientific Corporation, Analytic Biosurgical Solutions, Mentor Corporation, Mentor Worldwide, LLC, Caldera Medical, Inc., Tyco Healthcare Group LP, United States Surgical Corporation, and/or Covidien, Inc., as identified on the attached Exhibit A, and that the cases on Exhibit A be dismissed and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER: September 22, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number | Remaining Defendants |
|---|---|---|
| Maynard v. C. R. Bard, Inc. *et al.* | 2:12-cv-05620 | C.R. Bard, Inc., Tissue Science Laboratories, Limited, Sofradim Production SAS, Boston Scientific Corporation, Analytic Biosurgical Solutions, Mentor Corporation, Mentor Worldwide, LLC, Caldera Medical, Inc., Tyco Healthcare Group LP, United States Surgical Corporation, Covidien, Inc. |
| Millard v. Boston Scientific Corp. | 2:14-cv-28194 | Boston Scientific Corp. |
| Williams v. Boston Scientific Corp. | 2:13-cv-4402 | Boston Scientific Corp. |
| Varney v. Boston Scientific Corp. | 2:14-cv-20518 | Boston Scientific Corp. |